IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JARROD WILKERSON )
 ) No. 3-12-0012
v. )
 )
JACK McLEMORE; J&H LUMBER and )
SUPPLY; and UNIVERSAL )
TRUCKLOAD SERVICES, INC. )

O R D E R

Pursuant to the order entered February 23, 2012 (Docket Entry No. 10), counsel for the parties called the Court on September 12, 2012, at which time the following matters were addressed:

1. All written discovery and all party depositions have been completed. The parties have scheduled the deposition of the plaintiff's former treating physician, who has moved to Oregon, on October 1, 2012. Plaintiff's counsel hopes to obtain a permanent impairment rating from the treating physician before or at the deposition.

2. No dispositive motions will be filed in this case.

3. The parties are relieved of their obligation to file a joint mediation report by October 15, 2012, as provided in the order entered February 23, 2012 (Docket Entry No. 9).

4. The plaintiff is interested in engaging in mediation. The defendants are not willing to participate in mediation until the plaintiff makes a settlement demand. The plaintiff is not able to make a settlement demand until his treating physician provides an impairment rating.

5. Counsel for the parties shall convene another telephone conference call with the court on **Monday, November 12, 2012, at 3:00 p.m.,** to be initiated by plaintiff's counsel to address the potential for settlement, propriety of ADR, and any other appropriate matters.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge